FILED
JUL 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Magistrate Case No.: '08 MJ 8680 |
| v. | ) | COMPLAINT FOR VIOLATION OF |
| Jose M. RODARTE-Juarez, Defendant. | ) | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

On or about July 25, 2008, within the Southern District of California, defendant Jose M. RODARTE-Juarez did knowingly and intentionally import approximately 15.08 kilograms (33.18 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Rosalinda Estrada, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 25th DAY OF JULY, 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jose M. RODARTE-Juarez

STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to Immigration and Customs Enforcement Special Agent Rosalinda Estrada.

On July 25, 2008, at approximately 0525 hours, Jose M. RODARTE-Juarez (RODARTE) entered the United States at the Calexico, California, West Port of Entry. RODARTE was the driver, sole occupant, and registered owner of a 1987 Toyota Corolla, bearing BA/MX BBU8688 license plate.

Primary Inspector Customs & Border Protection Officer (CBPO) Ornelas asked RODARTE where he was going. RODARTE stated he was going to work. CBPO Ornelas asked RODARTE where he lived. RODARTE stated he lived in Mexicali. RODARTE gave a negative customs oral declaration. CBPO Ornelas then escorted RODARTE and the vehicle to the secondary lot for closer examination.

In secondary inspection, RODARTE gave a negative customs oral declaration. CBPO E. Sabori noticed the spare tire was heavy and it felt solid. CBPO Sabori requested Canine Enforcement Officer (CEO) C. Jones to screen the spare tire with his Human/Narcotic Detector Dog (HNDD).

The HNDD alerted and responded to the spare tire of the vehicle. The spare tire was taken to the Agricultural X-ray Machine, where the tire was x-rayed with positive results.

A subsequent inspection of the vehicle revealed 6 packages in the spare tire. CBPO Sabori probed one of the packages and a sample of a green leafy substance was obtained. The substance field tested positive for marijuana. The 6 packages had a combined net weight of approximately 15.08 kilograms (33.18 pounds).